```
          IN THE UNITED STATES DISTRICT COURT FOR THE
                  WESTERN DISTRICT OF VIRGINIA
                        Lynchburg Division
DELGARDO LINTHICUM,

          Plaintiff,

v.                                CIVIL ACTION NO. 6:05CV00018

BEST BUY STORES, L.P.
d/b/a Best Buy Store 444,

          Defendant.
```

**DISMISSAL ORDER**

ON THIS DAY, came the parties, by counsel, and represented to the Court that the matters at issue between them as expressed in the Complaint, Amended Complaint and other pleadings filed in this matter have been fully resolved and that this matter should be dismissed with prejudice.

UPON CONSIDERATION WHEREOF, it is hereby

ORDERED that this matter be and hereby is dismissed with prejudice.

The Clerk is directed to send a certified copy of this Order to all counsel of record.

```
                         ENTERED: _____
                                  U.S. District Judge


                         Date:_____
```

WE ASK FOR THIS:


/s/ Gary M. Coates, Esq.
Gary M. Coates, P.C.
2104 Langhorne Road
Lynchburg, VA 24501
(434) 846-5900
(434) 847-0585 (FAX)

/s/ Philip B. Baker, Esq.
Sanzone & Baker, P.C.
1106 Commerce Street, Suite 3A
Lynchburg VA 24504
(434) 846-4691
(434) 528-5264 (FAX)

/s/ David L. Terry, Esq.
Poyner and Spruill, LLP
301 S. College Street, Suite 2300
Charlotte, NC 28202
(704) 342-5272
(704) 342-5264 (FAX)

2